State vs. Cloud, alias Clark.

### IV.

---

### No. 1191

THE STATE OF LOUISIANA VF. JOHN CLOUD, ALIAS CLARK.

An appeal made returnable on the suggestion of the appellant at an improper place and at an improper time, will be dismissed.

APPEAL from the Fourteenth District Court, Parish of Calcasieu. Read, J.

---

J. C. Gibbs, District Attorney, for the State, Appellee.

A. R. Mitchell for Defendant and Appellant.

---

The opinion of the Court was delivered by

TODD, J. The defendant appeals from a sentence of nine months' imprisonment at hard labor, having been convicted of inflicting a wound less than mayhem upon one Narcisse Hulin.

There is a motion on the part of the State to dismiss the appeal on the ground :

" That the appeal was not made returnable within the time nor to the place required by law."

The order granting the appeal was rendered on the 15th of May, 1888, and the appeal made returnable to Monroe on the first Monday in June, and at the suggestion of the defendant's counsel.

The law prescribes (quoting) : " All appeals shall be made return-able to the Supreme Court within ten days after granting the order of appeal, wherever the Court may be in session on return day." Sec. 4, Act 30 of 1878.

At the date of said order of appeal and more than ten days there-after, this Court was in session in the city of New Orleans.

The order was, therefore, rendered in contravention of law. 32 Ann. 363 ; 36 Ann. 865 ; 38 Ann. 33.

It is, therefore, ordered that the appeal be dismissed.

An appeal made returnable on the suggestion of the appellant at an improper place and at an improper time, will be dismissed.

---

J. C. Gibbs, District Attorney, for the State, Appellee.